**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEBBIE RASPALDO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3340** |
| | : | |
| **WILMINGTON TRUST COMPANY,** | : | |
| ***et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this **28th** day of **August 2026**, upon consideration of Plaintiff Debbie Raspaldo's Motion to Proceed *In Forma Pauperis* (ECF No. 6), and *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 6) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint (ECF No. 2) is **DEEMED** filed.

3. The Complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE** as frivolous for the reasons stated in the accompanying memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**